The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON RADCLIFFE,<br><br>            Plaintiff,<br><br>     v.<br><br>C.R. LAURENCE CO., INC.,<br><br>            Defendant. | No. 2:21-cv-00970-TLF<br><br>STIPULATION FOR ORDER OF DISMISSAL |

## **STIPULATION**

Plaintiff Brandon Radcliffe, by and through his attorneys, Patrick B. Reddy and Amanda V. Masters of Emery Reddy, PLLC, and Defendants C.R. Laurence Co., Inc., by and through their attorneys Thomas P. Holt and Goldie Davidoff of Littler Mendelson P.C., hereby stipulate to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

DATED this 1st day of March, 2022.

| EMERY | REDDY, PLLC | LITTLER MENDELSON P.C. |
|---|---|
| By: */s/ Patrick B. Reddy*<br>By: */s/ Amanda V. Masters*<br>PATRICK B. REDDY<br>WSBA No. 34092<br>AMANDA V. MASTERS<br>WSBA No. 46342 | By: */s/ Thomas P. Holt*<br>By: */s/ Goldie Davidoff*<br>THOMAS P. HOLT<br>WSBA No. 39722<br>GOLDIE DAVIDOFF<br>WSBA No. 53387 |

STIPULATION FOR ORDER OF
DISMISSAL – 2:21-cv-00970

PAGE 1 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

| | |
|---|---|
| EMERY \| REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: reddyp@emeryreddy.com<br>          amanda@emeryreddy.com<br><br>***Attorneys for Plaintiff***<br>***Debra L. Murdock*** | LITTLER MENDELSON P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-3300<br>Fax: (206) 447-6965<br>Email: tholt@littler.com<br>          gdavidoff@littler.com<br><br>***Attorneys for Defendant***<br>***C.R. Laurence Co., Inc.*** |

### ORDER

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE, and is dismissed without costs or attorney fees to either party.

DATED this   1st   day of March, 2022.

_____
U.S. MAGISTRATE JUDGE
THERESA L. FRICKE

Presented by:

EMERY | REDDY, PLLC

By: */s/ Patrick B. Reddy*
By: */s/ Amanda V. Masters*
PATRICK B. REDDY
WSBA No. 34092
AMANDA V. MASTERS
WSBA No. 46342
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101

1 | Phone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
         amanda@emeryreddy.com

*Attorneys for Plaintiff*
*Brandon Radcliffe*


LITTLER MENDELSON P.C.


By: */s/ Thomas P. Holt*
By: */s/ Goldie Davidoff*
THOMAS P. HOLT
WSBA No. 39722
GOLDIE DAVIDOFF
WSBA No. 53387
LITTLER MENDELSON P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Phone: (206) 623-3300
Fax: (206) 447-6965
Email: tholt@littler.com
         gdavidoff@littler.com

*Attorneys for Defendant*
*C.R. Laurence Co., Inc.*

STIPULATION FOR ORDER OF DISMISSAL – 2:21-cv-00970

PAGE 3 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711